7120.   WALKER *v.* KINGSTON SUPPLY COMPANY.

A defense in the nature of a set-off can not be proved where not pleaded; and on the trial of an action upon an open account, to which only a general denial of indebtedness had been pleaded, it was error to allow the defendant to introduce, over objection, evidence that the plaintiff agreed that a half of the amount of a certain account should be credited on the account in suit.

DECIDED JULY 19, 1916.

Complaint; from city court of Cartersville—Judge Moon. October 27, 1915.

*W. T. Townsend,* for plaintiff.  *Finley & Henson,* for defendant.

HODGES, J. A defendant filing a general denial to a suit on an open account can not prove an affirmative defense in the nature of a set-off. The law requires the defendant to answer distinctly each paragraph of the petition, and does not permit the filing of a general denial. Under the Civil Code, § 5634, "General Issue" has lost his commission. If an affirmative defense is relied on it must be specially pleaded. If a defense in the nature of a set-off is relied on it must be distinctly set out in the pleadings. The plea in this case was a general denial of the account, with the admission of a small amount due. The court, over objection, admitted evidence that the plaintiff agreed that one-half of a cer-

tain fertilizer account should be paid by him and that this amount should be credited on the account in suit. This evidence was in the nature of a set-off, and the court, under the pleadings, erred in admitting it. Civil Code, § 5668; *Kahrs* v. *Kahrs,* 115 *Ga.* 288 (41 S. E. 649); rule 10 of the superior courts, Civil Code, § 6269.

*Judgment reversed.*